**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2344-21

IN THE MATTER OF THE
IRREVOCABLE JOINT LIFE
INSURANCE TRUST OF
ALPHONSE TAWIL and
MARCELLE TAWIL.

_____

Submitted December 5, 2023 – Decided February 8, 2024

Before Judges Whipple, Mayer and Paganelli.

On appeal from the Superior Court of New Jersey, Chancery Division, Monmouth County, Docket Nos. P-000383-19 and P-000125-20.

Hoffman & Hoffman, attorneys for appellant Habib Tawil (Gary D. Hoffman and Brian L. Hoffman, on the brief).

McManimon, Scotland & Baumann, LLC and Robert J. Hantman (Hantman & Associates), attorneys for respondent Charles Tawil (Anthony Sodono, III and Sari B. Placona, of counsel and on the brief; Robert J. Hantman, on the brief).

PER CURIAM

We have been advised this matter has been amicably adjusted, and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2344-21